U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 27 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TIESHA S. McNEAL | CIVIL ACTION NO. 10-cv-1723 |
| VERSUS | JUDGE STAGG |
| DAVID ZERKEL SALES, LTD., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 21) filed by Securitas Security Services USA; the Motion to Dismiss (Doc. 23) and the Motion to Dismiss Second Amended Complaint (Doc. 40) filed by UAW Local 2166; and the Motion to Dismiss or for Summary Judgment (Doc. 50) filed by David Zerkel Sales, Ltd. ("Zerkel") are **granted** and all claims in the complaint, as amended, are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26th day of July, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE